Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
Juliet R. Jonas (Bar No. 252275)
jjonas@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:     925.930.6600
Facsimile:     925.930.6620

Attorneys for Defendants
CAPITAL ONE, N.A., successor by merger to Chevy Chase Bank, F.S.B. (sued herein as "Chevy Chase Bank, FSB" and "Capital One, N.A."); and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DLORAH ALVA-CASTLES and KARLTON CASTLES,<br><br>Plaintiffs,<br><br>v.<br><br>COMMITMENT LENDING, a California corporation; AMERICAN MORTGAGE GROUP, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; CHEVY CHASE BANK FSB, a federally chartered thrift; CAPITAL ONE, N.A., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  2:10-CV-00020-JAM-KJM<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed:     January 5, 2010<br><br>Hearing Date:     March 8, 2010<br>Time:                   4:30 P.M.<br>Judge:                 Hon. John A. Mendez |

The Motion for Preliminary Injunction of Plaintiffs DLORAH ALVA-CASTLES and KARLTON CASTLES came on for hearing on March 8, 2010, in Courtroom 6 of the United States District Court, Eastern District of California, the Honorable John A. Mendez presiding. Stephen C. Ruehmann of the Law Offices of Stephen C. Ruehmann appeared on behalf of plaintiffs.  Douglas C. Straus of Archer Norris appeared on behalf of defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation (sued herein as a

PDF created with pdfFactory trial version www.pdffactory.com

1  California corporation) and CAPITAL ONE, N.A., successor by merger to CHEVY CHASE
2  BANK, F.S.B. (sued herein as both "Chevy Chase Bank, F.S.B." and "Capital One, N.A.").

3  The Court, having reviewed and considered the papers and pleadings filed herein and
4  having heard such oral and documentary evidence as presented at the hearing, and good cause
5  appearing, therefore, HEREBY ORDERS:

6  1. Plaintiffs' Motion for Preliminary Injunction is hereby DENIED. For the reasons
7  set forth in Defendants' Opposition papers and expressed by the Court at the March 8 hearing,
8  Plaintiffs have failed to meet their burden of establishing both that there is a serious question
9  raised regarding the merit of their claims and, independently, that the balance of hardships tips in
10 their favor.

11 2. The Temporary Restraining Order issued by this Court on or about February 24,
12 2010 is dissolved effective March 8, 2010. Defendants are no longer restrained by this Court
13 from proceeding with and completing nonjudicial foreclosure within the parameters of California
14 Civil Code § 2924g(d)(2) and subsequent activity with respect to the real property located at 8140
15 Barton Road, Roseville, California.

16 **IT IS SO ORDERED.**

18 Dated: March 16, 2010

/s/ John A. Mendez
Honorable John A. Mendez
United State District Court Judge

21 **APPROVED AS TO FORM**

23 Dated: March 12, 2010                Law Offices of Stephen C. Ruehmann

24                                      /S/

25                                      Stephen C. Ruehmann, Esq.
                                        Attorney for Plaintiffs
26                                      Dlorah Alva-Castles and Karlton Castles

C0194080/924985-1                    2         ORDER DENYING MOTION FOR
                                               PRELIMINARY INJUNCTION

PDF created with pdfFactory trial version www.pdffactory.com