Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
Juliet R. Jonas (Bar No. 252275)
jjonas@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:    925.930.6600
Facsimile:     925.930.6620

Attorneys for Defendants
CAPITAL ONE, N.A., successor by merger to
Chevy Chase Bank, F.S.B. (sued herein as "Chevy
Chase Bank, FSB" and "Capital One, N.A."); and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DLORAH ALVA-CASTLES and KARLTON CASTLES,<br><br>  Plaintiffs,<br><br>v.<br><br>COMMITMENT LENDING, a California corporation; AMERICAN MORTGAGE GROUP, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; CHEVY CHASE BANK FSB, a federally chartered thrift; CAPITAL ONE, N.A., a Delaware corporation; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No.  2:10-CV-00020-JAM-KJM<br><br>**PROPOSED ORDER GRANTING DEFENDANTS AN EXTENSION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT BASED ON STIPULATION**<br><br>Complaint filed:    January 5, 2010 |

Pursuant to a stipulation entered into between defendants CAPITAL ONE, N.A., successor by merger to Chevy Chase Bank, F.S.B. (sued herein as "Chevy Chase Bank, FSB" and "Capital One, N.A.") and MORTGAGE ELECTRONIC REGISTRATION  SYSTEMS, INC ("Defendants") and plaintiffs DLORAH ALVA-CASTLES and KARLTON CASTLES, this Court hereby approves the extension of the deadline for Defendants to file a responsive pleading to the Complaint to March 29, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

1     This extension is approved in order to allow defendants CAPITAL ONE, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. the opportunity to fully review the complaint, the applicable loan documents, and file a responsive pleading.

Dated: March 17, 2010            /s/ John A. Mendez
                                                The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com