IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DLORAH ALVA-CASTLES and KARLTON CASTLES,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMITMENT LENDING, a California corporation; AMERICAN MORTGAGE GROUP, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; CHEVY CHASE BANK, FSB, a federally chartered thrift; CAPITAL ONE, N.A. a Delaware corporation; and Does 1-100, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 10-cv-00020-JAM-KJN<br><br><u>ORDER GRANTING DEFENDANTS'</u><br><u>MOTION TO DISMISS</u> |

This matter comes before the Court on Defendants Capital One, N.A. successor by merger to Chevy Chase Bank, F.S.B. (sued as "Chevy Chase Bank, F.S.B." and "Capital One, N.A.") and Mortgage Electronic Registration Systems, Inc. ("Defendants'") Motion to Dismiss, (Doc.#35), Plaintiffs Dlorah Alva-Castles and Karlton Castles ("Plaintiffs'") First Amended Complaint (Doc. #17)  for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiffs have not opposed the motion.[1]

Plaintiffs did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiffs' counsel, Stephen Ruehmann, $250.00, unless he shows good cause for his failure to comply with the local rules.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

is GRANTED, WITH PREJUDICE. It is further ordered that within ten (10) days of this Order Stephen Ruehmann shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

    IT IS SO ORDERED.

Dated: June 3, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE