| | |
|---|---|
| 1 | Douglas C. Straus (Bar No. 96301) |
|   | dstraus@archernorris.com |
| 2 | Juliet R. Jonas (Bar No. 252275) |
|   | jjonas@archernorris.com |
| 3 | ARCHER NORRIS |
|   | 2033 North Main Street, Suite 800 |
| 4 | Walnut Creek, CA  94596-3759 |
|   | Telephone:    925.930.6600 |
| 5 | Facsimile:    925.930.6620 |

Attorneys for Defendants
CAPITAL ONE, N.A., successor by merger to Chevy Chase Bank, F.S.B. (sued herein as "Chevy Chase Bank, FSB" and "Capital One, N.A."); and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DLORAH ALVA-CASTLES and KARLTON CASTLES,<br><br>Plaintiffs,<br><br>v.<br><br>COMMITMENT LENDING, a California corporation; AMERICAN MORTGAGE GROUP, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; CHEVY CHASE BANK FSB, a federally chartered thrift; CAPITAL ONE, N.A., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  2:10-CV-00020-JAM-KJM<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint filed:    January 5, 2010 |

On June 4, 2010, this Court granted defendants' CAPITAL ONE, N.A., successor by merger to Chevy Chase Bank, F.S.B. (sued herein as "Chevy Chase Bank, FSB" and "Capital One, N.A."), and MORTGAGE ELECTRONIC REGISTRATION  SYSTEMS, INC. Motion to Dismiss plaintiffs DLORAH ALVA-CASTLES and KARLTON CASTLES' First Amended Complaint with prejudice.

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs DLORAH ALVA-CASTLES and KARLTON CASTLES's First Amended Complaint shall be and is hereby dismissed **with prejudice**;

2. Plaintiffs DLORAH ALVA-CASTLES and KARLTON CASTLES shall take nothing by way of their First Amended Complaint; and

3. Judgment is hereby entered in favor of defendants CAPITAL ONE, N.A., successor by merger to Chevy Chase Bank, F.S.B. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and against plaintiffs DLORAH ALVA-CASTLES and KARLTON CASTLES.

Dated:  August 10, 2010            /s/ John A. Mendez
                                   The Honorable John A. Mendez
                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com